| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Harris, Pamela A. | 2. Court or Organization<br><br>Fourth Circuit Court of Appeals | 3. Date of Report<br><br>05/08/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination　　Date 05/08/2014<br>☐ Initial　　☐ Annual　　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>04/24/2014 |
| 7. Chambers or Office Address<br><br>Georgetown University Law Center<br>600 New Jersey Avenue, NW<br>Washington, DC 20001 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | Georgetown Universitiy Law Center, Washington, DC |
| 2. | Senior Advisor | Supreme Court Institute, Georgetown University Law Center, Washington, DC |
| 3. | Trustee | Norwood School, Bethesda, MD |
| 4. | Board of Directors | Constitutional Accountability Center, Washington, DC |
| 5. | Consultant | O'Melveny & Myers LLP, Washington, DC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Georgetown University retirement plan with employer, no control |
| 2. 1999 | O'Melveny & Myers retirement plan with former law firm, no control |
| 3. 1996 | University of Pennsylvania retirement plan with former employer, no control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Georgetown University - teaching | $17,500.00 |
| 2. | 2013 | O'Melveny & Myers - legal contractor | $10,000.00 |
| 3. | 2012 | Georgetown University - teaching (2012-2103) | $50,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Google Inc. - salary, bonus, equity |
| 2. | 2013 | Google Inc. - salary, bonus, equity |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | SunTrust cash account | A | Interest | J | T | Exempt | | | | |
| 2. | Bank of America cash accounts | A | Interest | O | T | | | | | |
| 3. | Northern Trust cash accounts | A | Interest | M | T | | | | | |
| 4. | Northwestern Mutual - whole life insurance policies | D | Dividend | M | T | | | | | |
| 5. | Aberdeen Small Cap Fund | | None | M | T | | | | | |
| 6. | Agilent Technologies Common | B | Dividend | L | T | | | | | |
| 7. | Alcatel Lucent SA (ADR) Common | | None | J | T | | | | | |
| 8. | American Century Equity Growth Fund | A | Int./Div. | J | T | | | | | |
| 9. | American Funds EuroPacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 10. | American Funds New Perspective Fund | | None | K | T | | | | | |
| 11. | American International Group Inc. Common | A | Dividend | J | T | | | | | |
| 12. | Automatic Data Processing Common | C | Dividend | M | T | | | | | |
| 13. | BlackRock Large Cap Value Fund | | None | M | T | | | | | |
| 14. | Broadridge Financial Solutions, Inc. Common | A | Dividend | K | T | | | | | |
| 15. | Cisco Systems Inc. Common | A | Dividend | K | T | | | | | |
| 16. | Clearbridge Equity Income Fund | B | Int./Div. | M | T | | | | | |
| 17. | Coca Cola Common | D | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Davis New York Venture Fund | C | Int./Div. | O | T | | | | | |
| 19. | DFA Emerging Markets Core Equity Portfolio Fund | C | Int./Div. | N | T | | | | | |
| 20. | DFA U.S. Core Equity 1 Portfolio Fund | E | Int./Div. | O | T | | | | | |
| 21. | Discover Financial Services Common | A | Dividend | K | T | | | | | |
| 22. | Eaton Vance Large-Cap Value Fund | A | Distribution | K | T | | | | | |
| 23. | EMC Corp. Common | A | Dividend | K | T | | | | | |
| 24. | Express Scripts Holdings Common | | None | L | T | | | | | |
| 25. | Exxon Mobil Corp. Common | E | Dividend | O | T | | | | | |
| 26. | Fidelity Advisor Mid Cap II Fund | | None | M | T | | | | | |
| 27. | Fidelity Advisor New Insights Fund | | None | M | T | | | | | |
| 28. | Fidelity Freedom 2020 Fund | | None | J | T | | | | | |
| 29. | Fidelity Managed Income Portfolio II Fund | A | Int./Div. | L | T | | | | | |
| 30. | First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 31. | FlexShares iBoxx 5-Year Target Duration TIPS Index Fund | A | Int./Div. | K | T | | | | | |
| 32. | FlexShares Morningstar Global Upstream Natural Resources Index Fund | C | Int./Div. | M | T | | | | | |
| 33. | Franklin Federal Tax-Free Income Fund | C | Int./Div. | L | T | | | | | |
| 34. | Google Inc. Common | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less <br> F =$50,001 - $100,000 | B =$1,001 - $2,500 <br> G =$100,001 - $1,000,000 | C =$2,501 - $5,000 <br> H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 <br> H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less <br> N =$250,001 - $500,000 | K =$15,001 - $50,000 <br> O =$500,001 - $1,000,000 | L =$50,001 - $100,000 <br> P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 <br> P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal <br> U =Book Value | R =Cost (Real Estate Only) <br> V =Other | S =Assessment <br> W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Howard County, MD Municipal Bond | C | Interest | L | T | | | | | |
| 36. IBM Corp. Common | D | Dividend | M | T | | | | | |
| 37. Intel Corp. Common | C | Dividend | L | T | | | | | |
| 38. Ivy Asset Strategy Fund | A | Int./Div. | M | T | | | | | |
| 39. Johnson & Johnson Common | D | Dividend | M | T | | | | | |
| 40. Lord Abbett High Yield Municipal Bond Fund | D | Int./Div. | L | T | | | | | |
| 41. McDonald's Corp. Common | E | Dividend | N | T | | | | | |
| 42. Medtronic, Inc. Common | D | Dividend | N | T | | | | | |
| 43. Merk & Co. Common | D | Dividend | N | T | | | | | |
| 44. Microsoft Corp. Common | A | Dividend | J | T | | | | | |
| 45. Morgan Stanley Common | A | Dividend | K | T | | | | | |
| 46. Morgan Stanley Institutional Mid Cap Growth Fund | A | Int./Div. | K | T | | | | | |
| 47. Munder Mid-Cap Core Growth Fund | | None | M | T | | | | | |
| 48. NetApp Inc. Common | A | Dividend | K | T | | | | | |
| 49. Northern Global Real Estate Index Fund | D | Int./Div. | M | T | | | | | |
| 50. Northern High Yield Fixed Income Fund | D | Int./Div. | M | T | | | | | |
| 51. Northern International Equity Index Fund | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 7 of 10

Name of Person Reporting

Harris, Pamela A.

Date of Report

05/08/2014

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northern Mid Cap Index Fund | B | Int./Div. | M | T | | | | | |
| 53. Northern Tax-Advantaged Ultra-Short Fixed Income Fund | B | Int./Div. | M | T | | | | | |
| 54. Nuveen All-American Municipal Bond Fund | C | Int./Div. | L | T | | | | | |
| 55. Nuveen High Yield Municipal Bond Fund | B | Int./Div. | K | T | | | | | |
| 56. Pfizer Inc. Common | D | Dividend | N | T | | | | | |
| 57. PIMCO Total Return Fund | A | Int./Div. | K | T | | | | | |
| 58. Prince George's County, MD Municipal Bonds | D | Interest | M | T | | | | | |
| 59. Sandisk Corp. Common | B | Dividend | M | T | | | | | |
| 60. Schlumberger Ltd. Common | C | Dividend | M | T | | | | | |
| 61. SPDR S&P 500 ETF Trust | D | Int./Div. | M | T | | | | | |
| 62. T. Rowe Price Growth Stock Fund | A | Int./Div. | K | T | | | | | |
| 63. Texas Instruments Common | | None | M | T | | | | | |
| 64. Thornburg International Value Fund | E | Int./Div. | M | T | | | | | |
| 65. TIAA-CREF Lifecycle 2025 Fund | B | Int./Div. | K | T | | | | | |
| 66. Vanguard Emerging Markets Select Stock Fund | A | Int./Div. | L | T | | | | | |
| 67. Vanguard Emerging Markets Select Stock Index Fund | B | Int./Div. | K | T | | | | | |
| 68. Vanguard Explorer Fund | C | Int./Div. | K | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Vanguard Extended Market Index Fund | B | Int./Div. | K | T | | | | | |
| 70. Vanguard International Growth Fund | A | Int./Div. | K | T | | | | | |
| 71. Vanguard Mid-Cap Growth Fund | A | Int./Div. | K | T | | | | | |
| 72. Vanguard Mid-Cap Index Fund | | None | K | T | | | | | |
| 73. Vanguard Prime Cap Core Fund | | None | N | T | | | | | |
| 74. Vanguard REIT Index Fund | C | Int./Div. | L | T | | | | | |
| 75. Vanguard Small-Cap Index Fund | A | Int./Div. | K | T | | | | | |
| 76. Vanguard Small-Cap Growth Index Fund | A | Int./Div. | K | T | | | | | |
| 77. Vanguard Total Bond Market Index Fund | A | Int./Div. | J | T | | | | | |
| 78. Vanguard Total International Stock Index Fund | A | Int./Div. | K | T | | | | | |
| 79. Vanguard U.S. Growth Fund | A | Dividend | K | T | | | | | |
| 80. Vanguard Wellington Fund | C | Int./Div. | K | T | | | | | |
| 81. Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 82. Zoetis Inc. Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Pamela A. Harris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 106 | 462 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 10 | 470 | 804 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned -- personal residence | 1 | 439 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 92 | 136 | | | | |
| Cash value-life insurance | | 173 | 097 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 336 | 745 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 13 | 618 | 244 |
| Total Assets | 13 | 618 | 244 | Total liabilities and net worth | 13 | 618 | 244 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |